In the Matter of Eric Wolfe, Appellant, v Raymond W. Kelly, as Commissioner of the New York City Police Department, et al., Respondents.

Decided September 13, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Accurate Realty, LLC, Respondent, v Samuel C. Donadio et al., Appellants.

Submitted July 5, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of Ayela S. Administration for Children's Services, Respondent; Rosalie C., Appellant. (And Another Proceeding.)

Submitted June 6, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

Danielle Biton, Appellant, et al., Plaintiff, v Aloft Corporate Travel, Inc., et al., Respondents.

Submitted May 31, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for ancillary relief denied.